UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
GUILLERMO E. PHILIPOTTS, BRANDON
WINSTON, LEROY MORGAN, AND OLGA
MOSBY,

                             Plaintiffs,

-against-

NERO GRAHAM, JR., FREDERIC M.
UMANE, WEYMAN A. CAREY, MICHAEL
J. CILMI, MARK B. HERMAN, DOUGLAS
A. KELLNER, TERRANCE O'CONNOR,
NANCY MOTTOLO-SCHACHER, AND
STEPHEN H. WEINER, Commissioners,
Board of Elections in the City of
New York; BOARD OF ELECTIONS IN
THE CITY OF NEW YORK; and GEORGE
E. PATAKI, Governor of the State
of New York,

                             Defendants.
-----------------------------------------------------------------X

JUDGMENT
04-CV-3636 (DGT)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★ JUN 21 2006 ★
BROOKLYN OFFICE

An Order of Honorable David G. Trager, United States District Judge, having been filed on June 16, 2006, dismissing the action, without prejudice, for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that plaintiffs take nothing of the defendants; and that judgment is hereby entered dismissing the action, without prejudice, for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

Dated: Brooklyn, New York
       June 16, 2006

                                              s/Robert C. Heinemann
                                              ROBERT C. HEINEMANN
                                              Clerk of Court